UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REHAB HOSPITAL INVESTORS, L.P().           CIVIL ACTION

VERSUS                                      NO. 09-837

AMERICAN FIDELITY ASSURANCE COMPANY         MAG

**CORPORATE DISCLOSURE**

NOW INTO COURT, through undersigned counsel, comes defendant, AMERICAN FIDELITY ASSURANCE COMPANY, and states the following:

American Fidelity Assurance Company ("AFA"), defendant herein, is an Oklahoma corporation, whose principal owner, American Fidelity Corporation (the "Insurance Holding Company" or "AFC"), is a privately held Oklahoma Corporation. AFC owns one hundred percent (100%) of the issued and outstanding shares AFA.

There are no publicly held corporations affiliated with AFA.

Respectfully submitted,

STEPHENSON, CHAVARRI & LAMBERT, LLC

s/ Catherine I. Chávarri
Catherine I. Chavarri (#20141)
400 Poydras Street, Suite 1650
New Orleans, LA 70130
(504)523-6496 tel
(504)525-2846 fax

CERTIFICATE OF SERVICE

I CERTIFY that I have mailed a copy of this Corporate Disclosure to attorneys of record Harold J. Flanagan and Barry S. Levin, by U.S. mail this 5th day of October, 2009.

S/ Catherine I. Chávarri