UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REHAB HOSPITAL INVESTORS L.P.** | * | **CIVIL ACTION NO. 09-837** |
| | * | |
| **VERSUS** | * | **SECTION "JVP-CN"** |
| | * | |
| **AMERICAN FIDELITY ASSURANCE COMPANY** | * | **MAG.** |

## ORDER

Considering the above and foregoing motion;

IT IS HEREBY ORDERED that

>Thomas A. Croft
>KING & CROFT, LLP
>707 The Chandler Building
>127 Peachtree Street, N.E.
>Atlanta, GA 30303-1800
>Tel: (404)577-8400
>Fax (404)577-8401
>email: tac@king-croft.com

be entered on the record of the court as additional counsel *pro hac vice* for defendant, American Fidelity Assurance Company, and that he be allowed to participate fully on its behalf in the above captioned matter.

Signed in chambers in Baton Rouge, Louisiana, October 14, 2009.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**