UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REHAB HOSPITAL INVESTORS, L.P., PLAINTIFF, | * * | CIVIL ACTION |
| | * | NO. 09-cv-837- JVP-CN |
| versus | * | |
| | * | JUDGE FALLON |
| AMERICAN FIDELITY ASSURANCE COMPANY, | * * | MAGISTRATE WILKINSON |
| DEFENDANT | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND INCORPORATED MEMORANDUM TO DISMISS WITH PREJUDICE

Plaintiff, Rehab Hospital Investors, L.P., moves the Court to dismiss the captioned litigation, with prejudice, on the grounds that the claims against defendant American Fidelity Assurance Company have been settled, each party to bear its own costs and fees.

Respectfully submitted,

/s/ Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Brandon C. Briscoe (Bar No. 29542)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251

*Attorneys for Rehab Hospital Investors, L.P.*

Of Counsel:
Barry S. Levin (CA Bar No. 887727)
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-4565
Facsimile: (415) 773-5759

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 22nd day of February 2010 by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

                                                                  /s/ Harold J. Flanagan